# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

Case Number.  10-04256-dd

ORDER GRANTING RELIEF FROM STAY

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED.**

**FILED BY THE COURT**
**08/18/2010**



David R. Duncan
US Bankruptcy Judge
District of South Carolina

Entered: 08/19/2010

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

|   |   |   |
|---|---|---|
| IN RE: | ) | CASE NO.  10-04256-dd |
| PATRICIA E. SWEET | ) | CHAPTER 7 |
|            DEBTOR | ) |   |
|   | ) |   |
|   | ) |   |

## ORDER GRANTING RELIEF FROM STAY

      This matter is scheduled to come before the Court on September 21, 2010, on the motion filed July 26, 2010 by Wells Fargo Bank, N.A. s/b/m to Wells Fargo Home Mortgage, Inc. (hereafter called "Lender") to modify the automatic stay of U.S.C. §362(a) to pursue its available state law remedies as to Lender's collateral, described briefly as 3433 Winterhaven St, Las Vegas, NV 89108.  The grounds of the motion were that the Debtor failure to make payments entitled Lender to relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1).  Debtor and the Trustee have not objected as stated in an Affidavit of No Objection filed by Lender's attorney in this matter.  Now therefore, it is

      ORDERED that Lender hereby is granted relief from the automatic stay of 11 U.S.C. §362(a) by modification of the stay as to Lender's Collateral to pursue its available state law remedies;

      FURTHER, Lender agrees to waive any claim which may arise under 11 U.S.C. §503(b) or §507(b) as a result of this Order.  Lender further agrees that any funds realized from the sale of the Collateral in excess of all liens, costs and expenses will be paid to the Trustee.  It is further

      AND IT IS SO ORDERED.